■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIME VELEZ, Appellant. [931 NYS2d 867]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Friedman, J.P., Catterson, Moskowitz, Freedman and Abdus-Salaam, JJ.